# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GENE ALLEN,

    Petitioner,

vs.

STATE OF NEVADA,

    Respondent.

Case No. 3:09-CV-00057-BES-(VPC)

**ORDER**

    Petitioner has submitted an Application to Proceed in Forma Pauperis (#1) and a Motion for Leave of the Court to Appeal pursuant to 28 U.S.C. § 2253(c)(2). Plaintiff appears to seek a certificate of appealability for a habeas corpus petition that this Court denied, but he did not put the case number on his motion. Petitioner has filed many actions, and the Court will not pore through them all to guess at which action Petitioner intended to file these documents.

    IT IS THEREFORE ORDERED that the Application to Proceed in Forma Pauperis (#1) is **DENIED**.

    IT IS FURTHER ORDERED that the Clerk of the Court shall send to Petitioner a copy of his Application to Proceed in Forma Pauperis and his Motion for Leave of the Court to Appeal.

///

///

///

IT IS FURTHER ORDERED that this action is **DISMISSED**. The Clerk of the Court shall enter judgment accordingly.

DATED: This 2nd day of February, 2009.

_____
BRIAN SANDOVAL
United States District Judge